UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 32700
    SITONG CHHE
    RA-KONG CHHE                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-8003    SSN XXX-XX-6996

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/18/05 and confirmed on 10/07/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  33390.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN HOME MTGE | MORTGAGE ARRE | 10775.40 | .00 | 10775.40 |
| DEUTSCHE BANK NATIONAL C | NOTICE ONLY | NOT FILED | .00 | .00 |
| PIERCE & ASSOC | NOTICE ONLY | NOT FILED | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | UNSECURED - C | .00 | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICAN HONDA FINANCE C | SECURED | 6089.73 | 587.58 | 6089.73 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4887.87 | .00 | 488.79 |
| CAPITAL ONE BANK | UNSECURED | 922.25 | .00 | 92.23 |
| ROUNDUP FUNDING LLC | UNSECURED | 11686.98 | .00 | 1168.70 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 14692.09 | .00 | 1469.21 |
| DMCCB | UNSECURED | NOT FILED | .00 | .00 |
| FIRST CARD | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 539.48 | .00 | 53.95 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 495.37 | .00 | 49.54 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 630.43 | .00 | 63.04 |
| ECAST SETTLEMENT CORP | UNSECURED | 921.99 | .00 | 92.20 |

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NICOR GAS | UNSECURED | 445.24 | .00 | 44.52 |
| RETAILERS NATL BANK | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 23754.77 | .00 | 2375.48 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 17405.27 | .00 | 1740.53 |
| US CELLULAR | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 1004.13 | .00 | 100.41 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2275.58 | .00 | 227.56 |

```
ROUNDUP FUNDING LLC        UNSECURED      28890.55          .00        2889.06
ROUNDUP FUNDING LLC        UNSECURED       8074.51          .00         807.45
BANK ONE/JPM CHASE         UNSECURED        829.19          .00          82.92
          Summary of disbursements:
---------------------------------------------------------------------------

                    SECURED     PRIORITY    UNSECURED      OTHER       TOTAL
---------------------------------------------------------------------------

TOTAL CLMS ALLOWED  16865.13         .00   117455.70        .00    134320.83
PRINCIPAL PAID      16865.13         .00    11745.59        .00     28610.72
INTEREST PAID         587.58         .00         .00        .00       587.58
TOTAL PAID          17452.71         .00    11745.59        .00     29198.30
```

The Debtor's attorney, ZALUTSKY & PINSKI          , was allowed $   2700.00
and was paid $    406.00  direct and $   2294.00  through the plan.

The Trustee received $   1463.13 .

Refunds to the Debtor totaled $    434.57 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/16/09                /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE